

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8591

January 11, 2022

**BY ECF AND ELECTRONIC MAIL:**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

    Re:    Todd v Colombos, SDNY 21 Civ. 5226 (CS)

Dear Judge Seibel:

    This Office represents Officer Colombos in the above-referenced matter. I write, respectfully, in response to the Court's January 7, 2022 Order, scheduling a pre-motion conference in the above-referenced matter for February 23, 2022, at 2:30 pm. Based on a conversation with Your Honor's Chambers regarding the Court's availability, I respectfully request a one-week adjournment of the pre-motion conference, from February 23, 2022, to March 2, 2022, at 10:00 am. This adjournment is necessary because I will be on a previously scheduled vacation from February 19-27, 2022.

    Plaintiff's consent to this application has not been sought because of the difficulty in prompt communication with *pro se* litigants.

    Thank you for your consideration of this application.

    Respectfully submitted,

    *S/ John R. Doran*
    John R. Doran
cc:    Lavelle Todd    Assistant Attorney General
    (via regular mail sent to address on docket)    John.Doran@ag.ny.gov

## DECLARATION OF SERVICE

John R. Doran, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On January 11, 2022, I served the annexed Letter-motion upon:

Lavelle Todd
11-A-0846
Clinton C.F.
P.O. Box 2001
Dannemora, NY 12929

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

*S/ John R. Doran*
John R. Doran
Assistant Attorney General

Executed on January 11, 2022