

UNITED STATES DISTRICT COURT
Chambers of
CATHY SEIBEL
UNITED STATES DISTRICT Judge
300 QUARROPAS STREET
White Plains, N.Y. 10601

March 23, 2022

RE: Todd V. Colombos, SDNY 21-cv-5226 (CS)

Dear; Judge Cathy Seibel,

This is Lavelle Todd #11A0846 and I was Just transferred to another facility yesterday so I want to notify the courts of my new address. I'm now currently housed in "UPSTATE CORRECTIONAL FACILITY, P.O. Box 2001, Malone, N.Y. 12953". This is my change of address. Thankyou for your time.

Respectfully
Lavelle Todd #11A0846
UPSTATE Corr. facility
P.O. Box 2001
Malone, N.Y. 12953

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK  12953

NAME: *Lavelle Todd* DIN: *11A0846*

Upstate
☆
Correctional Facility

neopost
03/24/2022
US POSTAGE $000.53⁰

ZIP 12953
041L11251145



RECEIVED
MAR 28 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

USMₚ
SDNY

UNITED STATES DISTRICT COURT
Chambers of
CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601

LEGAL MAIL

10601$4140 C004

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _Lavelle Todd_   DIN: _11A0846_

Printed On Recycled Paper