21 CV 5226

April 12, 2022

TO: Court CLERK
300 Quarropas Street
White Plains, N.Y. 10601

RECEIVED APR 14 2022 PRO SE OFFICE

RECEIVED APR 14 2022 U.S.D.C. W.P.

From: Lavelle Todd #11A0846
UPSTATE Corr. facility
P.O. Box 2001
Malone, N.Y. 12953

RE: Lavelle Todd -against- A. Colombos
(PLAINTIFF)            (correctional officer)(DEFENDENT)

Dear; Honorable Judith McCarthy,

I have a deadline to file my "Amended Paperwork". My due date to file this is April 21, 2022. I'm requesting for an extension to file this "Amended Paperwork" because on April 7, 2022 I came out my cell in Metal handrestraints (handcuffs) to get escorted to OMH (Suicide Watch) and when I came out my cell the escorting officer used "excessive force" on me while my hands was cuffed behind my back. I was slammed to the ground while being cuffed behind my back and ever since then all of my "Legal Work" and the rest of my property was confiscated from me. Today is April 12, 2022 and I still haven't been giving any of my "Legal Work" or "Property" since this incident which was on April 7, 2022.

Do to all of my Legal Work being confiscated by staff here in UPSTATE corr. facility its impossible for me to make the due date of filing the "Amended Paperwork" on April 21, 2022. All of my Legal Work was confiscated, I don't even know my docket number without my legal work. I request for an extension to file my "Amended Paperwork" and also request for your chambers to contact the facility and request for staff here in this facility to give me back my "Legal Work" and "Property" that was confiscated from me. Thank you for your time.

C.C. Attorney General (NY)

RESPECTFULLY
Lavelle Todd #11A0846

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953
NAME: Lavelle Todd  DIN: 11A0846

ZIP 12953
041L11251143

Correctional Facility

Court Clerk
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
White Plains
300 Quarropas Street
White Plains, N.Y. 10601

RECEIVED
APR 14 2022
PRO SE OFFICE

RECEIVED
APR 14 2022
SDNY

LEGAL MAIL