RECEIVED
SDNY PRO SE OFFICE
2022 MAY -6  PM 3:06

To: Judge Cathy Seibel
United States District Court
Southern District of New York
Charles L. Brient, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

May 1, 2022

From: Lavelle Todd #11A0846
Upstate Correctional Facility
P.O. Box 2001
Malone, N.Y. 12953

RE: Lavelle Todd V. A. Colombos  Case#: 7:21-cv-05226-CS

Dear Judge Cathy Seibel,

I have a deadline to submit my Amended complaint by 5/12/22. I ask the courts for another extension to file my Amended complaint due to staff here in Upstate Corr. facility confiscating all of my legal papers and property that was in my cell and the staff still haven't given me my legal papers and property that was confiscated out of my cell on April 7th or April 8th of 2022. All of my legal papers was confiscated, not just the legal papers for this case but also all the legal papers for my criminal case as well which consist of Grand Jury transcripts, pre-trial hearing transcripts, trial transcripts, sentencing transcripts, appeal brief, 440 motions, all legal mail from my lawyers, etc...

On April 14, 2022 there was a order that the Attorney General shall ensure that Plaintiff's legal papers are returned to him unless there is a legitimate penological reason to withhold them. I was assaulted on April 7, 2022 while I was handcuffed behind my back and this is not a legitimate penological reason to withhold my

(1)

Legal papers and it is also not a reason to confiscate all of my legal papers and property out my cell. I'm not sure if the Attorney General contacted Upstate Corr. facility about all of my legal papers being returned to me but my legal papers still haven't been returned to me. I'm requesting for an extension to file my Amended complaint and this is my second request for an extension for staff confiscating all of my legal papers out of my cell and I request for an investigator to come to the facility and speak to me and view the camera's to see what staff confiscated my legal papers out of my cell and investigate this situation so I can get all of my legal papers back because all of my legal papers for my criminal case was confiscated as well and my criminal case is also open at the moment. Thankyou for your time.

Respectfully
Lavelle Todd #11A0846
Lavelle Todd #11A0846

Plaintiff's Amended Complaint due 6/13/22.  The Court will send Plaintiff copies of his original Complaint and of Defendant's pre-motion letter, to assist Plaintiff in preparing his Amended Complaint.  Defendant's motion to dismiss (or answer) to be submitted by 7/12/22. Plaintiff's opposition to motion to be submitted by 8/12/22. Defendant's reply to be submitted by 8/26/22. The Attorney General shall report to this Court, no later than 5/20/22, as to whether prison official confiscated Plaintiff's legal papers; if so, why; and why they have not been returned.  The Clerk shall send a copy of this text order, and of ECF Nos. 1 and 13, to Plaintiff.

SO ORDERED.

Cathy Seibel                     5/6/22
CATHY SEIBEL, U.S.D.J.

(2)

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Lavelle Todd   DIN: 11A0846

LEGAL MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURT HOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007