UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAVELLE TODD,                                    :
                                                 :     Case No. 7:21-cv-05226-CS
                          Plaintiff,             :
                                                 :     **NOTICE OF APPEARANCE**
          - against -                            :
                                                 :
A.  COLOMBOS,                                    :
Correctional Officer.                            :
                                                 :
                          Defendant.             :
-----------------------------------------------------------------:
                                                 :
                                                       X

     **PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in

this Court, hereby appears as counsel on behalf of Correctional Officer A. Colombos

("Defendant"), in the above-captioned action.   Please serve all papers and direct all

correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
      May 9, 2022

LETITIA JAMES
Attorney General of the
State of New York
*Attorney for Defendants*
Assistant Attorney General
By: */s/ Andrew Blancato*
28 Liberty Street
New York, New York 10005
(212) 416-6359
Andrew.blancato@ag.ny.gov