TO: CLERK
United STATES DISTRICT COURT
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, New York 10007

From: Lavelle Todd #11A0846
Elmira Corr. Facility
P.O. Box 500
Elmira, N.Y. 14902

CASE # 7:21-CV-5226

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 19  AM 10: 26

Dear CLERK,

I'm writing to let the courts know my change of address. I was recently moved to Elmira corr. facility. My new address is right above. Thankyou for your time.

Respectfully
Lavelle Todd #11A0846
Lavelle Todd #11A0846

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Lavelle Todd   DIN: 11A0846

Pro Se
EN

LEGAL MAIL

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 19   AM 10: 13

RECEIVED
JUL 18 2022
CLERK'S OFFICE
S.D.N.Y.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. Courthouse - 500 PEARL Street
NEW YORK, NEW YORK 10007