

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-5819

August 19, 2022

**BY ECF:**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

   Re: <u>Todd v Colombos</u>, SDNY 21 Civ. 5226 (CS)

Dear Judge Seibel:

  This Office represents defendant Correction Officer A. Colombos ("Defendant"), in the above referenced action. On July 12, 2022, Defendant served their Motion to Dismiss upon Plaintiff via First Clast Mail sent to Upstate Correctional Facility. As Plaintiff's opposition to Defendant's Motion to Dismiss was due on August 12, 2022 and has not yet been received, an additional copy was sent to Plaintiff via First Class Mail on August 18, 2022, at Elmira Correctional Facility pursuant to the change of address he filed on July 18, 2022.

              Respectfully submitted,

              <u>*S/ Andrew Blancato*</u>
              Andrew Blancato
              Assistant Attorney General
              Andrew.Blancato@ag.ny.gov