

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

October 12, 2022

**BY ECF:**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Todd v Colombos</u>, SDNY 21 Civ. 5226 (CS)

Dear Judge Seibel:

This Office represents Officer Colombos ("Defendant") in the above-referenced matter. On July 12, 2022, Defendant served their Motion to Dismiss upon Plaintiff. As indicated in our filing on August 19, 2022 (ECF # 31), the undersigned sent Plaintiff a second courtesy copy of the Motion to Dismiss to Elmira Correctional Facility on August 18, 2022, to which Plaintiff was transferred on or around July 18, 2022 (ECF # 30). Pursuant to the Court's May 6, 2022 Order (ECF # 24), Plaintiff's opposition was due on August 12, 2022, while the Defendant's reply memorandum would be due on August 26, 2022. To date, this Office has not yet received opposition papers from Plaintiff, or any other responsive documents regarding the Defendant's motion. Moreover, a review of the Docket indicates Plaintiff also has not sought any extensions of his time to serve responsive papers. Therefore, it is respectfully requested that the Court deem the Defendant's motion fully briefed.

The motion is deemed fully briefed.

SO ORDERED.

*Cathy Seibel*    10/13/22
CATHY SEIBEL, U.S.D.J.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

**Cc:** via Mail
 Lavelle Todd
11-A-0846
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902