UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    LAVELLE TODD,

                             Plaintiff,

              - against -

    A. COLOMBOS,
    Correctional Officer.

                            Defendant.
------------------------------------------------------------X

Case No. 7:21-cv-05226-CS

**NOTICE OF WITHDRAWAL AS COUNSEL**

      **PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, I, John R. Doran, an Assistant Attorney General at the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for Defendant A. Colombos hereby withdraw as an attorney of record as I am leaving the Office of Attorney General. The Office of Attorney General will continue to serve as counsel of record to said Defendants in the above-referenced matter, and this matter will be handled by another Assistant Attorney General who has entered their notice of appearance.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: White Plains, New York
       December 9, 2022

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*
By:
*/s/ John R. Doran*
John R. Doran
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8591
Email: John.Doran@ag.ny.gov

**IT IS SO ORDERED.**

Dated: _____, 2022
      White Plains, NY

_____
Hon. Cathy Seibel
United States District Judge