TO: CLERK                                            3/6/23
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

From: Lavelle Todd #11A0846
Gouverneur Correctional Facility
112 Scotch Settlement Road
P.O. Box 370
Gouverneur, N.Y. 13642

RE: TODD V. COLOMBOS, 7:21-CV-05226 (CS)

Dear CLERK,

I just received the "Notice of Court Conference" that's scheduled for March 27, 2023. I just received this today on 3/6/23. I would like to inform the courts that all of my Legal Papers and all of my personal property was recently confiscated from me on 2/17/23 by officers that work in ELMIRA SHU at ELMIRA Correctional FACILITY, P.O. Box 500, ELMIRA, N.Y. 14902. Since 2/17/23 I've been without all of my Legal Papers and all of my Personal Property and been in the same socks, underwear, and t-shirt since 2/17/23 with no change of any clothing at all.

This same thing happened to me last year right before my deadline to file my Amended complaint while I was in UPSTATE Correctional Facility. I never got my Legal Papers or Personal Property that was confiscated from me then. The courts sent me all the Legal Papers pertaining to this case last year because the C.O.'s in UPSTATE Corr. Facility confiscated all of my Legal Papers and now on 2/17/23 ELMIRA SHU at ELMIRA Corr. Facility confiscated all of my Legal Papers

(1)

that the courts sent me last year and all my legal research and all of my Personal Property. I just wanted to inform the courts this because this the Second time all of my Legal papers and Personal Property was confiscated and its happening right before Something with this case is about to take place.

I filed a claim complaint, Grievance, and OSI complaint #2023-4383 pertaining to my Legal papers and Personal Property getting confiscated on 2/17/23. I just wanted to inform the courts my current situation with my legal papers once again. Thankyou for your time.

Respectfully
Lavelle Todd #11A0846
Lavelle Todd #11A0846

(2)

**GOUVERNEUR CORRECTIONAL FACILITY**
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Lavelle Todd    DIN#: 11A0846



Gouverneur
neopost
03/07/2023
US POSTAGE
ZIP 13642
041L11253705

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE — 500 PEARL STREET
NEW YORK, N.Y. 10007

LEGAL MAIL